**DISMISS; and Opinion Filed November 13, 2018.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01089-CV

**CARLA G. STARR, Appellant**

**V.**

**MARRIOTT INTERNATIONAL, INC., Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-02994-2017**

## MEMORANDUM OPINION

Before Justices Lang-Miers, Fillmore, and Myers
Opinion by Justice Fillmore

Before the Court is appellant's November 2, 2018 motion to dismiss her appeal. On October 23, 2018, we sent the parties a letter questioning our jurisdiction and instructing them to file jurisdictional briefs addressing our concerns. In response, appellant filed her motion, asking us to dismiss her appeal because the judgment is not final. We grant the motion. *See* TEX. R. APP. P. 42.21(a)(1).

We dismiss the appeal.

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE

181089F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CARLA G. STARR, Appellant

No. 05-18-01089-CV          V.

MARRIOTT INTERNATIONAL, INC.,
Appellee

On Appeal from the 416th Judicial District
Court, Collin County, Texas.
Trial Court Cause No. 416-02994-2017.
Opinion delivered by Justice Fillmore,
Justices Lang-Miers and Myers
participating.

In accordance with this Court's opinion of this date, we **DISMISS** this appeal.

It is **ORDERED** that appellee MARRIOTT INTERNATIONAL, INC. recover its costs, if any, of this appeal from appellant CARLA G. STARR.

Judgment entered this 13th day of November, 2018.